# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DERRICK JEROME ALLEN

VERSUS

HEZEKIAH BROWN

NO.  2024 CW 1065

**DECEMBER 16, 2024**

---

In Re:  Derrick Jerome Allen, applying for supervisory writs, Family Court in and for the Parish of East Baton Rouge, No. 193207.

---

**BEFORE:  GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

**WRIT DENIED.**  There is no evidence the motion was filed with the district court.  Relator must first seek relief with the district court.

**JMG**
**AHP**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT